# COURTROOM MINUTES
## ARRAIGNMENT/PLEA HEARING

DATE: 5/24/2022   DAY: Tuesday   START TIME: 12:40 pm   END TIME: 1:03 pm
JUDGE/MAG.: WMC   CLERK: JLS   REPORTER: FTR
PROBATION OFFICER: ___   INTERPRETER: ___   SWORN: YES ☐ NO ☐
CASE NUMBER: 21-cr-116-wmc   CASE NAME: USA v. Cody Walker-Nelson

**APPEARANCES:**
ASST. U.S. ATTY.: Corey Stephan   DEFENDANT ATTY.: Alexander Vlisides

DEFENDANT PRESENT: YES ☒ NO ☐

**OFFENSE INFORMATION:**
MAXIMUM PENALTY: CT(S) 1 & 3 ; 20/10 YR(S) IMPRISONMENT; $ 250k/250k FINE;
3/3 YEAR(S) SUPERVISED RELEASE; $ 100 SPECIAL ASSESSMENT; ☐ RESTITUTION.
DEFENDANT AGE: 31   ☐ INDICTMENT/INFORMATION READ   ☒ DEFENDANT WAIVES READING

**PLEA:**
- ☒ GUILTY
- ☐ NOT GUILTY
- ☐ NO CONTEST
- ☐ MUTE

- ☒ DEFENDANT SWORN
- ☒ PLEA ACCEPTED AS KNOWING AND VOLUNTARY
- ☒ DEFT. ADJUDGED GUILTY BY COURT

**TRIAL SCHEDULE:**
JURY SEL./TRIAL: ___   TRIAL ESTIMATE: ___ DAYS
PTMH/EVID. HRG.: ___   MOTIONS DUE: ___
FPTC: ___   FPTC SUBMISSIONS: ___
FINAL HEARING: ___

**SENTENCING SCHEDULE:**
PRESENTENCE REPORT DUE: 7/29/2022   OBJECTIONS DUE: 8/12/2022
SENTENCING: 9/1/2022 at 1:00 pm

**RELEASE/DETENTION:**
- ☐ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.
- ☒ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.
- ☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: ___

**NOTES:**

TOTAL COURT TIME: 23 min